Order issued September 6, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00737-CR

**EX PARTE RENE CONTRERAS HERNANDEZ, Appellant**

**On Appeal from the County Criminal Court No. 10
Dallas County, Texas
Trial Court Cause No. MC11-B0989**

# ORDER

By order dated June 12, 2012, the Court ordered the Dallas County Clerk to file a supplemental record containing copies of appellant's application for writ of habeas corpus, filed in the trial court on or about June 6, 2011, and the trial court's written order denying relief, signed on or about March 20, 2012. The Dallas County Clerk has filed a supplemental record containing the trial court's June 21, 2012 supplemental order and findings of fact and conclusions of law, but neither of the requested documents has been filed into the appellate record.

Accordingly, we **ORDER** the Dallas County Clerk to file, within **FOURTEEN DAYS** of the date of this order, either a supplemental clerk's record containing copies of the application for writ of habeas corpus and order denying relief or else a letter stating that the application for writ of habeas corpus and order denying relief are not within the Dallas County Clerk's possession.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission,

to the following:

John Warren, Dallas County Clerk;
The Dallas County Clerk, Criminal Records Division;
Counsel for all parties.

MICHAEL J. O'NEILL
PRESIDING JUSTICE